**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| BESTOP, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CHAMPION AUTO SYSTEMS, L.L.C., <br><br> *Defendant.* | Case No. 2:25-cv-14003-LVP-EAS <br><br> Honorable Judge Linda V. Parker |

**ORDER GRANTING UNOPPOSED MOTION FOR**
**EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR**
<u>**OTHERWISE RESPOND TO COMPLAINT**</u>

The Court, having considered Defendant Champion Auto Systems, L.L.C.'s Unopposed Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Complaint, Pursuant to Rule 6(b), and for good cause appearing, IT IS HEREBY ORDERED that Defendant shall have up to and including February 4, 2026, to answer or otherwise plead in response to Plaintiff Bestop, Inc.'s Complaint.

SO ORDERED.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: January 8, 2026